WILLIAM W. FARLEY, as State Commissioner of Excise, Appellant, *v.* FRED R. WOOD et al., Respondents.

*Farley* v. *Wood*, 156 App. Div. 925, affirmed.

(Argued October 13, 1914; decided November 10, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered May 22, 1913, affirming a judgment in favor of defendants entered upon a verdict in an action to recover upon a liquor tax bond.

*Louis M. King* and *A. M. Sperry* for appellant.

*Clayton I. Miller* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.